IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCHINDLER ELEVATOR CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 1:20-cv-03157 |

## JOINT PROPOSED ORDER REGARDING BRIEFING SCHEDULE

Upon consideration of the Parties' Joint Consent Motion to Set Briefing Schedule and the entire record herein, it is this ____ day of _____, 2020, by the United States District Court for the District of Columbia, ORDERED that:

a. Defendant shall file any Opposition it has to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction or Plaintiff's Motion for Expedited Discovery on or before November 24, 2020;

b. Plaintiff's shall file its Reply in Support of its Motion for Temporary Restraining Order and Preliminary Injunction or its Motion for Expedited Discovery on or before December 3, 2020;

c. Oral Argument shall be heard on December ___, 2020, or as soon thereafter in accordance with the Court's schedule and the availability of the parties; and

d. Defendant's responsive pleadings to Plaintiff's Verified Complaint are extended until seven (7) days after the Court's enters its Opinion and Order ruling on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

SO ORDERED THIS _____ DAY OF _____, 2020.

_____
The Honorable Rudolph Contreras